IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

| | |
|---|---|
| In the Matter of the Detention of | No. 83741-9-I |
| R.C., | DIVISION ONE |
| Appellant. | UNPUBLISHED OPINION |

PER CURIAM — R.C. appeals the trial court's 14-day involuntary commitment order.[1] He contends that he was not given adequate notice regarding the potential loss of his constitutionally protected firearm rights. See RCW 71.05.240(2) ("[T]he court or the prosecutor at the time of the probable cause hearing and before an order of commitment is entered shall inform the person [facing involuntary commitment] both orally and in writing that the failure to make a good faith effort to seek voluntary treatment . . . will result in the loss of his or her firearm rights if the person is subsequently detained for involuntary treatment."). The State concedes error.

We accept the State's concession and reverse and remand to the trial court for entry of an order vacating the 14-day involuntary commitment order.[2] Cf. In re Det. of

---

[1] As used herein, the term "14-day involuntary commitment order" refers collectively to the trial court's February 11, 2022, "Findings of Fact, Conclusions of Law, and Order Committing Respondent for Involuntary Treatment" and its first amended version of that order, dated February 16, 2022. It does not include the trial court's February 23, 2022, 90-day less restrictive treatment order, which is not before us.

[2] Because we reverse the 14-day involuntary commitment order based on the State's concession, it is unnecessary to reach R.C.'s additional claim that he was deprived of due process because the involuntary commitment petition did not provide him with notice of the specific facts supporting the allegation that he was gravely disabled.

<u>T.C.</u>, 11 Wn. App. 2d 51, 66, 450 P.3d 1230 (2019) (reversing and remanding for order vacating involuntary commitment finding where notice regarding potential loss of firearms rights did not comply with RCW 71.05.240(2)).

Reversed and remanded.

Birk, J.

WE CONCUR: